IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| GWENA L. HARGROVE | § | |
| | § | |
| V. | § | NO. 1:10-CV-95 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social | § | |
| Security Administration | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court.  Pursuant to such order, the Court has received and considered the Report of the United States Magistrate Judge regarding plaintiff's application for attorney's fees, along with plaintiff's brief and exhibits.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. An order granting plaintiff's application for attorney's fees will be entered separately.

**SIGNED** this the 21 day of **September, 2011.**

_____
Thad Heartfield
United States District Judge